AO 91 (Rev. 11/11)  Criminal Complaint



# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**

MAY 17 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MARIA LUISA GONZALEZ | )  Case No. |
| | ) |
| | )  **2: 1 6 - MJ   0 0 9 9 ~  KJN** |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 16, 2016_____ in the county of _____Kern_____ in the
_____Eastern_____ District of _____California_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Heroin |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Jennifer Runyan

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jennifer Runyan, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __May 17, 2016__

_____
*Judge's signature*

City and state: _____Sacramento, California_____

Kendall J. Newman, US Magistrate Judge
*Printed name and title*

## Affidavit of FBI Special Agent Jennifer Runyan

I, Jennifer Runyan, being duly sworn, hereby state:

## Purpose

1. This Affidavit is made in support of a criminal complaint and an arrest warrant for **MARIA LUISA GONZALEZ** for:

     **COUNT 1: Possession with Intent to Distribute Methamphetamine (21 U.S.C. § 841(a)(1))**

     **COUNT 2: Possession with Intent to Distribute Cocaine (21 U.S.C. § 841(a)(1))**

     **COUNT 3: Possession with Intent to Distribute Heroin (21 U.S.C. § 841(a)(1))**

## Agent Background

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 6, 2010. I am presently assigned to work a variety of criminal matters, to include violent criminal enterprises and Mexican transnational organized crime. As part of my training to become a Special Agent, I attended the FBI's five-month-long New Agent Training at Quantico, Virginia. Since becoming a Special Agent, I have assisted in the execution of search warrants on many occasions for controlled substances and/or related paraphernalia, indicia, and other evidence of violations of federal drug statutes.

3. During the course of my career as a FBI Special Agent, I have participated in at least twenty criminal investigations. I have participated in investigations targeting individuals and organizations trafficking cocaine, heroin, marijuana, and methamphetamine. Through my training, experience, and interaction with other experienced special agents, task force agents, and other drug investigators, I have become familiar with the methods employed by drug traffickers to smuggle, safeguard, store, transport, and distribute drugs; to collect and conceal drug related proceeds; and to communicate with

1

other participants to accomplish such objectives. I have received specialized training in matters of drug investigation including, but not limited to, investigative techniques, drug detection, and money laundering from FBI and DEA.

4. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## Statement of Probable Cause

### A. Traffic Stop

5. On May 16, 2016, Adam Halloran of Los Angeles County Sheriff's Department, Domestic Highway Enforcement Team observed a 2011 Nissan Versa (California license plate: 6TPG348) committed two traffic violations: speeding, in violation of California Vehicle Code § 22349 and unsafe movement between marked traffic lanes, in violation of California Vehicle Code § 21658(a). Deputy Halloran conducted a traffic stop of the vehicle just outside of Lebec, California in southern Kern County.

   a. According the California Department of Motor Vehicles, the vehicle is registered to Christina Maria Gonzalez.

6. Deputy Halloran approached the vehicle and made contact with the two occupants. The driver was MARIA LUISA GONZALEZ and the passenger was Christina Maria Gonzalez. Deputy Halloran observed that MARIA LUISA GONZALEZ appeared to be under the influence of narcotics and agitated beyond the normal amount of anxiety attendant to a traffic enforcement stop. Deputy Halloran asked MARIA LUISA GONZALEZ to get out of the vehicle so that he could talk to her separately from the passenger. Deputy Halloran asked where they were coming from. MARIA LUISA GONZALEZ told Deputy Halloran that they were coming from an outlet shopping center where they had spent the evening shopping for candles. Deputy Halloran placed MARIA LUISA GONZALEZ into the back of his patrol vehicle while he spoke to the passenger.

2

7. Deputy Halloran spoke separately with Christina Maria Gonzalez. Christina Maria Gonzalez did not mention anything about an outlet store or purchasing candles. Instead, Christina Maria Gonzalez told Deputy Halloran that they had been in San Diego visiting friends.

8. Deputy Halloran then returned to his patrol vehicle and had MARIA LUISA GONZALEZ to get out of the vehicle so that he could talk to her further. While MARIA LUISA GONZALEZ was getting out of the vehicle, a small foil item fell out onto the ground. MARIA LUISA GONZALEZ retrieved the item. Deputy Halloran asked MARIA LUISA GONZALEZ what was in the foil. MARIA LUISA GONZALEZ stated that is was methamphetamine. Deputy Halloran subsequently examined the foil and determined that it appeared to methamphetamine, based upon his training and experience.

9. Deputy Halloran then deployed his narcotic detection K9. Deputy Halloran's K9 walked around the vehicle but did not alert.

**B. Search of Vehicle**

10. Deputy Halloran conducted a search of the vehicle. In the back of the vehicle, Deputy Halloran observed a box of baby diapers that appeared to have been opened and re-taped (see photograph below).



11. Deputy Halloran opened the diaper box and found several individual wrapped packages that appeared to be consistent with drugs packaged for transportation and sale. Next to the diaper box was an open grocery bag filled with several vacuum-sealed packages.

12. After discovering the suspected narcotics, Deputy Halloran again spoke with MARIA LUISA GONZALEZ. Deputy Halloran advised MARIA LUISA GONZALEZ of her *Miranda* rights. MARIA LUISA GONZALEZ waived her rights and agreed to speak with Deputy Halloran. MARIA LUISA GONZALEZ told Deputy Halloran that she met a woman in San Diego named Anna who was going to pay them $3,000 to transport the drugs up north. Someone would give them a call to provide the address to deliver the drugs.

13. Deputy Halloran advised Christina Maria Gonzalez of her *Miranda* rights. Christina Maria Gonzalez waived her rights and agreed to speak with Deputy Halloran. Christina Maria Gonzalez stated that she didn't know anything about the drugs that were discovered in the vehicle.

14. Based on the suspected methamphetamine on MARIA LUISA GONZALEZ's person and the discovered drugs in the diaper box, Deputy Halloran placed MARIA LUISA GONZALEZ under arrest.

15. Subsequently, further review of the seized drugs determined that the vehicle contained (see photograph below):

    a. Seven individually wrapped packages of suspected cocaine, weighing approximately 8 kilograms;

    b. Sixteen individually wrapped packages of suspected methamphetamine, weighing approximately 8.7 kilograms; and

    c. One package of suspected heroin, weighing approximately 1 kilogram.

///

///

4



## C. <u>Records Checks on Maria GONZALEZ</u>

16. According to records from the California Department of Motor Vehicles, GONZALEZ currently resides in Orosi, California, a small town thirty-five miles southeast of Fresno.

17. According to records from the United States Customs and Border Patrol, the 2011 Nissan Versa (California license plate: 6TPG348) crossed the border from Mexico into the United States on May 15, 2016, at 9:16 p.m. at the San Ysidro port of entry.

## Conclusion

18. Based upon the above facts, I believe that there is probable cause that **MARIA LUISA GONZALEZ** has committed the following criminal violations:

   **COUNT 1:   Possession with Intent to Distribute Methamphetamine (21 U.S.C. § 841(a)(1))**

**COUNT 2:   Possession with Intent to Distribute Cocaine (21 U.S.C. § 841(a)(1))**

**COUNT 3:   Possession with Intent to Distribute Heroin (21 U.S.C. § 841(a)(1))**

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

JENNIFER RUNYAN
FBI Special Agent

Sworn and Subscribed to me on May 17, 2016,

Hon. KENDALL J. NEWMAN
United States Magistrate Judge

Approved as to form:

JUSTIN L. LEE
Assistant United States Attorney