HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIA LUISA GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA LUISA GONZALEZ,<br><br>　　　　　Defendant. | No. 2:16-mj-00099-KJN<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE BAIL REVIEW HEARING<br><br>Date:　May 24, 2016<br>Time:　2:00 p.m.<br>Judge:　Hon. Carolyn K. Delaney |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorneys for Maria Luisa Gonzalez, that the bail review hearing set for May 24, 2016 be continued to May 27, 2016 at 2:00 p.m. before the Honorable Carolyn K. Delaney.

　　　Defense counsel has not been able to obtain necessary medical records and requires additional time to receive and review upon receipt.

DATED: May 23, 2016　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　*/s/ Noa E. Oren*
　　　　　　　　　　　　　　　　　　　NOA E. OREN
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for MARIA LUISA GONZALEZ

DATED: May 23, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It is ordered the May 24, 2016 bail review hearing shall be continued until May 27, 2016, at 2:00 p.m. before the Honorable Carolyn K. Delaney.

Dated:  May 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE