HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorneys for Defendant
MARIA LUISA GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-00099-KJN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY EXAMINATION |
| vs. | |
| MARIA LUISA GONZALEZ, | Date: June 1, 2016 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney, Justin Lee, attorney for Plaintiff, and Assistant Federal Defender, Noa Oren, attorney for Maria Luisa Gonzalez, that:

1. The Complaint in this case was filed on May 17, 2016. Defendant appeared before Honorable Kendall J. Newman on May 18, 2016.

2. By this stipulation, the parties jointly move to continue the preliminary hearing date from June 1, 2016, at 2:00 p.m., to June 3, 2016 at 2:00 p.m., before duty Magistrate Judge Carolyn K. Delaney. The parties stipulate that the delay is required to continue negotiations toward a non-trial disposition.

3. The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

IT IS SO STIPULATED.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: May 25, 2016                    /s/  Noa Oren
                                        NOA OREN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        MARIA LUISA GONZALEZ

Date: May 25, 2016                    PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/  Justin Lee
                                        JUSTIN LEE
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

**O R D E R**

The Court has reviewed and considered the parties' above stipulation.  The Court accepts the stipulation in its entirety and hereby ORDERS that the preliminary hearing be continued from June 1, 2016 to June 3, 2016 at 2:00 p.m., before the duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  May 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE