UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 03, 2016

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIA LUISA GONZALEZ,

Defendant.

Case No.  2:16-cr-00110-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARIA LUISA GONZALEZ ,

Case No.  2:16-cr-00110-TLN  from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $    75,000, cosigned by
_____                                        nieces.

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

  X     (Other): Pretrial Services supervision. Release
_____    delayed until 6/6/2016.

Issued at Sacramento, California on June 03, 2016 at _____

                                By: _____

                                Magistrate Judge Carolyn K. Delaney