HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
MARIA LUISA GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00110-TLN |
| Plaintiff, | **STIPULATION AND ORDER**<br>**TO CONTINUE STATUS CONFERENCE** |
| v. | |
| MARIA LUISA GONZALEZ, | DATE:       August 18, 2016<br>TIME        9:30 a.m.<br>JUDGE:     Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Justin Lee Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Maria Luisa Gonzalez, that the status conference scheduled for August 18, 2016 be vacated and be continued to September 15, 2016 at 9:30 a.m.

Defense counsel  requires additional time for defense preparation and to review discovery with the defendant.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 15, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: August 5, 2016    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Maria Luisa Gonzalez

DATED: August 5, 2016    PHILLIP A. TALBERT
Acting United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

1    <u>ORDER</u>

2         IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3    stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4    its order. The Court specifically finds the failure to grant a continuance in this case would deny

5    counsel reasonable time necessary for effective preparation, taking into account the exercise of

6    due diligence.  The Court finds the ends of justice are served by granting the requested

7    continuance and outweigh the best interests of the public and defendant in a speedy trial.

8         The Court orders the time from the date the parties stipulated, up to and including

9    September 15, 2016, shall be excluded from computation of time within which the trial of this

10   case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11   and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It

12   is further ordered** the August 18, 2016 status conference shall be continued until September 15,

13   2016, at 9:30 a.m.

14

15   Dated: August 5, 2016

16                                                       Troy L. Nunley
17                                                       United States District Judge

18

19

20

21

22

23

24

25

26

27

28