HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
MARIA LUISA GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA LUISA GONZALEZ,<br><br>Defendant. | Case No. 2:16-cr-00110-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:     September 15, 2016<br>TIME      9:30 a.m.<br>JUDGE:   Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Justin Lee Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Maria Luisa Gonzalez, that the status conference scheduled for September 15, 2016 be vacated and be continued to October 20, 2016 at 9:30 a.m.

Defense counsel requires additional time for defense preparation and to review discovery with the defendant.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 20, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

| | | |
|---|---|---|
| 1 | DATED: September 1, 2016 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| | | Federal Defender |
| 3 | | |
| 4 | | */s/ Noa E. Oren* |
| | | NOA E. OREN |
| 5 | | Assistant Federal Defender |
| | | Attorney for Maria Luisa Gonzalez |
| 6 | | |
| 7 | DATED: September 1, 2016 | PHILLIP A. TALBERT |
| | | Acting United States Attorney |
| 8 | | |
| | | /s/ Justin Lee |
| 9 | | JUSTIN LEE |
| | | Assistant U.S. Attorney |
| 10 | | Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 20, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the September 15, 2016 status conference shall be continued until October 20, 2016, at 9:30 a.m.

Dated: September 1, 2016

_____
Troy L. Nunley
United States District Judge