HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
MARIA LUISA GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:16-cr-110-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO MODIFY SPECIAL CONDITION OF |
| vs. | ) | RELEASE |
| | ) | |
| MARIA LUISA GONZALEZ, | ) | Judge: Hon. Carolyn K. Delaney |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

America, and defendant Maria Luisa Gonzalez, through their respective attorneys, that release

conditions, #2, #12, and #13 imposed on Ms. Gonzalez on June 3, 2016 (Dckt. 14), will be

removed.  Ms. Gonzalez will no longer be required to participate in a location monitoring

program or have a curfew.  Pretrial services requested these changes to Ms. Gonzalez's

conditions and approved them.  All other conditions shall remain in force.  A copy of Ms.

Gonzalez's conditions with the requested changes is attached as *Exhibit A*.

                                Respectfully submitted,

Dated:  September 15, 2016        HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Noa Oren*
                                NOA E. OREN
                                Assistant Federal Defender

Stipulation to Modify Pretrial Conditions of        -1-        *U.S. v Gonzalez, 16-cr-110-TLN*
Release

Attorney for Defendant

Dated: September 15, 2016            PHILLIP A. TALBERT
                                     Acting United States Attorney

                                     _/s/ Justin Lee_____
                                     JUSTIN LEE
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

<u>ORDER</u>

2

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, that release conditions #2, #12, and #13 imposed on Ms. Gonzalez on June 3, 2016

4

(Dckt. 14), will be removed.  All other conditions shall remain in force.

5

Dated:  September 19, 2016

6

_____

CAROLYN K. DELANEY

7

UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28