**FILED**

November 18, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MARIA LUISA GONZALEZ, | ) |
| | ) |
| Defendant. | ) |

Case No. 2:16-cr-00110-TLN

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, MARIA LUISA GONZALEZ, Case No. 2:16-cr-00110-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__    Release to West Care drug treatment facility.

   _____    Bail Posted in the Sum of: $

         _____    Co-Signed Unsecured Appearance Bond

         _____    Secured Appearance Bond

      __X__    (Other) Conditions as stated on the record.

      __X__    (Other) The defendant is to be released on **11/22/2016 at 9:00 a.m.** to the custody of the

      Pretrial Services Officer for transport to the West Care drug treatment facility.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

   Issued at   Sacramento, CA   on   11/18/2016   at   2:15 p.m.

By   _____

Edmund F. Brennan
United States Magistrate Judge