PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
FEB 10 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA MARIA GONZALEZ, et al.,<br><br>Defendants. | CASE NO. 2:16-CR-00110-TLN<br><br>[PROPOSED] ORDER TO FILE REDACTED COPY OF SUPERSEDING INDICTMENT |

The government's motion to unseal portions of the the superseding indictment and keep any reference to the other defendants sealed, and file a redacted copy of the sealed superseding indictment is GRANTED.

Dated: February 10, 2017

_____
HON. DEBORAH BARNES
United States Magistrate Judge

[PROPOSED] ORDER TO FILE REDACTED COPY OF
SUPERSEDING INDICTMENT