PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

FEB 1 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIA LUISA GONZALEZ, et al.,<br><br>  Defendants. | CASE NO. 2:16-CR-00110-TLN<br><br>ORDER TO FILE REDACTED COPY OF SUPERSEDING INDICTMENT |

The government's motion to unseal portions of the the superseding indictment and keep any reference to the remaining two defendants sealed, and file a redacted copy of the sealed superseding indictment is GRANTED.

Dated: February 13, 2017

_____
HON. ALLISON CLAIRE
United States Magistrate Judge

ORDER TO FILE REDACTED COPY OF SUPERSEDING INDICTMENT