IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:16-cr-00110 TLN |
| Plaintiff, | ) ) | **O R D E R APPOINTING COUNSEL** |
| vs. MARIA LUISA GONZALEZ, | ) ) ) | |
| Defendant. | ) ) ) | |

On April 6, 2017, following a hearing in closed session this Court relieved the Federal Defender. CJA Panel attorney Mark Reichel is hereby appointed effective April 10, 2017, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: April 13, 2017

_____
Troy L. Nunley
United States District Judge

ORDER APPOINTING COUNSEL        1