1 PHILLIP A. TALBERT
United States Attorney
2 JUSTIN L. LEE
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA LUISA GONZALEZ,<br><br>Defendant. | CASE NO. 2:16-CR-00110-TLN<br><br>STIPULATION TO VACATE STATUS OF COUNSEL HEARING AND ORDER<br><br>DATE: April 27, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status of counsel on April 27, 2017.

2. On April 14, 2017, the Court appointed Mark Reichel as counsel of record in this matter and relieved the Federal Defender's Office. (Doc. 81.)

3. This matter is currently set for a status hearing on May 4, 2017, at 9:30 a.m.

4. By this stipulation, the parties now jointly request that the Court vacate the April 27, 2017 status of counsel hearing.

IT IS SO STIPULATED.

///

///

STIPULATION TO VACATE HEARING         1

| | |
|---|---|
| Dated: April 25, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated: April 25, 2017 | /s/ MARK REICHEL<br>MARK REICHEL<br>Counsel for Defendant<br>MARIA LUISA GONZALEZ |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of April 2017.

_____
Troy L. Nunley
United States District Judge