PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIA LUISA GONZALEZ, ET AL., Defendants. | CASE NO. 2:16-CR-00110-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 4, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on May 4, 2017.

2. By this stipulation, the defendants now move to continue the status conference until July 20, 2017, and to exclude time between May 4, 2017, and July 20, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes over 1,000 Bates numbered items, including hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their

clients, review the discovery, conduct investigation and research, and otherwise prepare for trial.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 4, 2017 to July 20, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 27, 2017                           PHILLIP A. TALBERT
                                                          United States Attorney

                                                          /s/ JUSTIN L. LEE
                                                          JUSTIN L. LEE
                                                          Assistant United States Attorney

Dated: April 27, 2017          /s/ CLEMENTE JIMENEZ
                               CLEMENTE JIMENEZ
                               Counsel for Defendant
                               RENE OMAR PEREZ ESTRADA

Dated: April 27, 2017          /s/ DINA SANTOS
                               DINA SANTOS
                               Counsel for Defendant
                               CHRISTINA MARIA GONZALEZ

Dated: April 27, 2017          /s/ OLAF HEDBERG
                               OLAF HEDBERG
                               Counsel for Defendant
                               JORGE BERNAL FARIAS

Dated: April 27, 2017          /s/ MARK REICHEL
                               MARK REICHEL
                               Counsel for Defendant
                               MARIA LUISA GONZALEZ

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of April, 2017.

Troy L. Nunley
United States District Judge