| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA LUISA GONZALEZ, ET AL.,<br><br>Defendants. | CASE NO. 2:16-CR-00110-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 10, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on May 10, 2018.

2. By this stipulation, the parties jointly request that the Court set this matter for Jury Trial on January 14, 2019, at 9:00 a.m., and a Trial Confirmation Hearing on November 29, 2018, at 9:30 a.m., and to exclude time between May 10, 2018, and January 14, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On June 20, 2017, the United States produced 6,000 pages of additional discovery.

    b) On July 6, 2017, new counsel for Rene Omar Perez Estrada was substituted into the case.

      c)     The discovery associated with this case includes over 7,000 Bates numbered items, including hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      d)     Counsel for defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research, and otherwise prepare for trial.

      e)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)     The government does not object to the continuance. If any counsel or defendant becomes medically unavailable for trial between May 10, 2018, and the scheduled trial date, counsel will immediately notify the Court.

      g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 10, 2018, to January 14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

| | |
|---|---|
| Dated: May 8, 2018 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated: May 8, 2018 | /s/ NICHOLAS F. REYES<br>NICHOLAS F. REYES<br>Counsel for Defendant<br>RENE OMAR PEREZ ESTRADA |
| Dated: May 8, 2018 | /s/ DINA SANTOS<br>DINA SANTOS<br>Counsel for Defendant<br>CHRISTINA MARIA GONZALEZ |
| Dated: May 8, 2018 | /s/ OLAF HEDBERG<br>OLAF HEDBERG<br>Counsel for Defendant<br>JORGE BERNAL FARIAS |
| Dated: May 8, 2018 | /s/ MARK REICHEL<br>MARK REICHEL<br>Counsel for Defendant<br>MARIA LUISA GONZALEZ |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of May, 2018.

*[signature: Troy L. Nunley]*

Troy L. Nunley
United States District Judge