MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California 95814
Telephone: (916) 498-9258
FAX: (888) 567-2949
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MARIA LUISA GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16 -110 TLN |
| Plaintiff, | **STIPULATION AND ORDER ALLOWING DEFENDANT TO BE TEMPORARILY RELEASED FROM CUSTODY TO ATTEND HER SISTER'S FUNERAL ACCOMPANIED BY A DEFENSE INVESTIGATOR; ORDER** |
| v. | |
| MARIA LUISA GONZALES | |
| Defendant. | Date: N/A<br>Time: N/A<br>Judge: HONORABLE DEBORAH L. BARNES |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Defendant by and through her attorney Mark J. Reichel, request that the Court issue an order granting Ms. Gonzales's temporary release from the Sacramento County Jail on Tuesday, August 14, 2018 from 6:00 a.m. to 9:00 p.m., to attend the funeral of her sister, Maria Christina Gonzales who passed away on August 5, 2018. The defendant, Maria Louisa Gonzales, is extremely close with her sister who

Stip for release to attend funeral

passed away. Her death represents a significant loss for the defendant. Ms. Gonzales is currently in custody at the Sacramento County Jail. She is pretrial on the matter. The parties stipulate and agree that Ms. Gonzales may be temporarily released from the Sacramento County Jail to the custody of Investigator Fred Scoville on August 14, 2018, from 6:00 a.m. to 9:00 p.m. Ms. Gonzales's activity will be limited to traveling from the Sacramento County Jail to attend Mass at 10:00 a.m. at St. Mary Catholic Church 12588 Ave 407 Cutler, CA to attend the 10:00 a.m. Mass, and then to the Smith Mountain Cemetery, 42088 Road 100, Dinuba, CA 93618 from 11:00 to 3 p.m.

Investigator Scoville will escort Ms. Gonzales to the church and cemetery and remain with her at all times until her return to the Sacramento County Jail. Ms. Gonzales will remain in the custody of Investigator Scoville during the period of the Temporary Release.

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized it to be signed on his behalf.
DATED: August 9, 2018

*Justin Lee*

Justin Lee
Assistant United States Attorney

*Mark J. Reichel*
Attorney For Defendant

## **ORDER FOR TEMPORARY RELEASE**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. MARISA LOUISA GONZALES, XREF X-5070139 DOB 2/21/1956 shall be released from the Sacramento County Jail on a "Temporary Out" on AUGUST 14, 2018, at 6:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to act as third-party custodian.

2. Upon temporary release, Maria Louisa Gonzales shall remain with the third-party custodian while traveling from the Sacramento County Jail to St. Mary Catholic Church 12588 Ave 407 Cutler, CA to attend the 10:00 a.m. Mass, and then to the Smith Mountain Cemetery, 42088 Road 100, Dinuba, CA 93618 from 11:00 to 3 p.m.

3. Investigator Scoville shall return Maria Louisa Gonzales to the Sacramento County Jail by 9:00 p.m. on Tuesday, August 14, 2018.

4. Funds for the time and expenses of investigator Scoville shall be paid out of the already approved investigative expert services funds authorized in this matter.

IT IS SO ORDERED.

DATED: August 10, 2018.

THE HONORABLE DEBORAH L. BARNES
UNITED STATES MAGISTRATE JUDGE

Stip for release to attend funeral     3