IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA LUISA GONZALEZ,<br><br>Defendant. | CASE NO. 2:16-CR-00110-TLN<br><br>ORDER DISMISSING INDICTMENT<br><br>DATE: February 6, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**<u>ORDER</u>**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is dismissed against the above-captioned defendant. The Status Hearing scheduled for February 6, 2020, is VACATED.

DATED: February 6, 2020

_____
Troy L. Nunley
United States District Judge